■ Bowen Contracting Company, Inc., Respondent, v Buffalo Hotel Joint Venture et al., Appellants. — Order and judgment unanimously affirmed, with costs, for reasons stated at Special Term, Kuszynski, J. (Appeal from order and judgment of Supreme Court, Erie County, Kuszynski, J., summary judgment.) Present — Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ.